**In The Interest of T.A.R.M. and T.K.R.M., Plaintiffs,**

**J.S.P. and N.R.P., Respondents,**

**Missouri Children's Division, Respondent,**

v.

**L.M. and M.M., Appellants.**

**No. WD 73006.**

Missouri Court of Appeals,
Western District.

May 17, 2011.

Gerard J. Harms, Jr., Osage Beach, MO, for Appellants.

Carl M. Edwards, Columbia, MO, for Respondent, N.R.P.

Gary L. Gardner, Jefferson City, MO, for Respondent, MO Children's Div.

Anna K. Lingo, Columbia, MO, for Respondents, T.A.R.M. and T.K.R.M.

Before VICTOR C. HOWARD, P.J., THOMAS H. NEWTON, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

L.M. and M.M. appeal the trial court's judgment denying their petition to transfer custody for the purpose of adopting their grandchildren and granting the petition for adoption of J.P. and N.P., the foster parents.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

Before Division Two: KAREN KING MITCHELL, Presiding Judge, JOSEPH M. ELLIS, Judge and VICTOR C. HOWARD, Judge.